| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO: _____ |
| | | 02D03-14 07-CT-000320 |

| | |
| --- | --- |
| SUSAN D. OVERCASH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SUPER LOAD TRANSPORT, LLC | ) |
| and DAVID L. MENDOZA SALAS, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

Susan D. Overcash, for her claim for relief alleges:

1. On the 21st day of May, 2014, at the intersection of Michigan Road and U.S. Highway 30 East in Plymouth, Indiana, David L. Mendoza Salas, in the course of his employment with Super Load Transport, LLC, negligently operated a tractor trailer commercial vehicle into the automobile owned and operated by Susan D. Overcash.

2. As a result of Defendants' negligence aforesaid, Plaintiff suffered injuries to her head and various other parts of her body causing pain, suffering, permanent damages, and permanent disfigurement.

3. As a result of Defendants' negligence aforesaid, Plaintiff has incurred medical and hospital expenses and she is likely to incur further such expenses in the future.

28867/001/00307751-1 LF


EXHIBIT A

4. As a result of Defendants' negligence aforesaid, Plaintiff has suffered a loss of earnings and she anticipates a loss of earning in the future.

5. As a result of Defendants' negligence aforesaid, Plaintiff's automobile was totally destroyed.

WHEREFORE, Plaintiff demands judgement against the Defendants, jointly and severally, in an amount that will adequately compensate her for her losses, for the costs of this action, and for all other just and proper relief in the premises.

HALLER & COLVIN, P.C.
ATTORNEYS FOR PLAINTIFF
444 EAST MAIN STREET
FORT WAYNE, INDIANA 46802
TELEPHONE: (260) 426-0444
FAX: (260) 422-0274
scolvin@hallercolvin.com

BY: _____
SHERRILL WM. COLVIN
I.D. #3318-02